**DOCKET NUMBER:** CR 10-789 (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received By Docket Clerk:**_____          **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE: MARCH 1, 2013  TIME IN COURT** ___ **HRS** 30 **MINS**
@ 10:30 AM

**1. DEFENDANT : JARVIS WEBB**

Present X  Not Present          Custody X  Not Custody

**DEFENSE COUNSEL:** MARION SELTZER
   FEDERAL DEFENDER:    CJA: X    RETAINED:


**2. DEFENDANT:**
Present    Not Present          Custody  Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:      CJA:    RETAINED:
**3. DEFENDANT:**
**Present    Not Present    Custody  Not Custody**


**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:    CJA:    RETAINED:**


**A.U.S.A.:** UNA DEAN


**COURT REPORTER: JUDI JOHNSON**
**INTERPRETER:   LANGUAGE:**

| | | |
|---|---|---|
| ☐ | Change of Plea Hearing (*~Util-Plea Entered*) | ☐ Revocation of Probation contested |
| ☐ | Arraignment | ☐ Sentencing on a violation |
| ☐ | Pre Trial Conference | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| X | Status Conference | ☐ Sentencing |
| ☐ | Bail Application | ☐ Motion for sentence reduction |
| ❏ | Voir Dire Begun | ☐ Oral Argument |
| ❏ | Voir Dire Held    Jury selection ☐ | ☐ Jury trial |
| ❏ | Jury Trial Death Penalty  ❏   Sentence enhancement Phase | ❏    Bench Trial Begun |

**Speedy Trial Start:** 3/01/13    **Speedy Trial Stop:** 3/29/13    **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   YES                    NO       X

STATUS CONFERENCE HELD; ATTORNEY MARION SELTZER IS RELIEVED WITH THE THANKS OF THE COURT. ATTORNEY STEVE ZISSOU IS APPOINTED TO REPRESENT THE DEFENDANT PURSUANT TO CJA. NEXT STATUS CONFERENCE IS SCHEDULED FOR FRIDAY, MARCH 29, 2013 AT 11:00 AM.  TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND MARCH 29, 2013 FOR PLEA NEGOTIATIONS ON CONSENT OF THE PARTIES.