**DOCKET NUMBER:** CR 10-789 (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received By Docket Clerk:**_____    **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE: MARCH 29, 2013  TIME IN COURT** ___ **HRS** 30 **MINS**
                                              @ 11:30 AM

**1. DEFENDANT : JARVIS WEBB**

Present X    Not Present        Custody X   Not Custody

**DEFENSE COUNSEL:** STEVE ZISSOU
  FEDERAL DEFENDER:    CJA: X   RETAINED:


**2. DEFENDANT:**
Present     Not Present        Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:        CJA:    RETAINED:
**3. DEFENDANT:**
**Present    Not Present   Custody Not Custody**


**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:  CJA:    RETAINED:**



**A.U.S.A.:** UNA DEAN



**COURT REPORTER: HOLLY DRISCOLL**
**INTERPRETER:    LANGUAGE:**

| | | |
|---|---|---|
| ☐ Change of Plea Hearing (*~Util-Plea Entered*) | ☐ Revocation of Probation contested | |
| ☐ Arraignment | ☐ Sentencing on a violation | |
| ☐ Pre Trial Conference | ☐ Motion Hearing | |
| ☐ Violation | ☐ Hearing | |
| X Status Conference | ☐ Sentencing | |
| ☐ Bail Modification Hearing | ☐ Motion for sentence reduction | |
| ☐ Voir Dire Begun | ☐ Oral Argument | |
| ☐ Voir Dire Held    Jury selection ☐ | ☐ Jury trial | |
| ☐ Jury Trial Death Penalty ☐   Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start:**3/29/13  **Speedy Trial Stop:**5/17/13   **CODE TYPE: XT**

**Do these minutes contain ruling(s) on motion(s)?    YES**                          **NO    X**

STATUS CONFERENCE HELD; THE NEXT STATUS CONFERENCE IS SCHEDULED FOR FRIDAY, MAY 17, 2013 AT 3:00 PM. TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND MAY 17, 2013 FOR PLEA NEGOTIATIONS ON CONSENT OF THE PARTIES.