**DOCKET NUMBER:** CR 10-789 (NGG)

**CRIMINAL CAUSE FOR STATUS CONFERENCE**

**Date Received By Docket Clerk:**_____     **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** JUNE 5, 2013  **TIME IN COURT** ___ **HRS** 30   **MINS**
@ 9:00 AM

**1. DEFENDANT** : JARVIS WEBB

Present X   Not Present        Custody X  Not Custody

**DEFENSE COUNSEL:**  STEVE ZISSOU
 FEDERAL DEFENDER:    CJA: X    RETAINED:

**2. DEFENDANT:**
Present     Not Present        Custody  Not Custody

**DEFENSE COUNSEL:**
 FEDERAL DEFENDER:      CJA:    RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody Not Custody**

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:  CJA:    RETAINED:**

**A.U.S.A.:** UNA DEAN

**COURT REPORTER: RONALD TOLKIN**
**INTERPRETER:    LANGUAGE:**

☐     Change of Plea Hearing (~*Util-Plea Entered*)  ☐ Revocation of Probation contested
☐     Arraignment                                    ☐ Sentencing on a violation
☐      Bail Hearing                                     ☐ Motion Hearing
☐     Violation                                       ☐ Hearing
X     Status Conference                               ☐ Sentencing
☐      Bail Modification Hearing                       ☐ Motion for sentence reduction
☐     Voir Dire Begun                                 ☐ Oral Argument
☐     Voir Dire Held          Jury selection ☐        ☐ Jury trial
☐     Jury Trial Death Penalty   ☐     Sentence enhancement Phase          ☐      Bench Trial Begun
**Speedy Trial Start:**6/05/13  **Speedy Trial Stop:**6/13/13  **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**  YES                    NO     X

STATUS CONFERENCE HELD;   A STATUS CONFERENCE OR PLEA IS SCHEDULED FOR NEXT THURSDAY, JUNE 13, 2013 AT 11:00 AM.  TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND JUNE 13, 2013 FOR PLEA NEGOTIATIONS ON CONSENT OF THE PARTIES.