DOCKET NUMBER: CR 10-789 (NGG)

CRIMINAL CAUSE FOR STATUS CONFERENCE

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

BEFORE JUDGE: GARAUFIS  DATE: JUNE 14, 2013  TIME IN COURT ___ HRS  30 MINS
@ 11:30 AM

1. DEFENDANT : JARVIS WEBB
Present X   Not Present     Custody X   Not Custody
DEFENSE COUNSEL: STEVE ZISSOU
  FEDERAL DEFENDER:   CJA: X   RETAINED:

2. DEFENDANT:
Present   Not Present     Custody   Not Custody

DEFENSE COUNSEL:
  FEDERAL DEFENDER:   CJA:   RETAINED:

3. DEFENDANT:
Present   Not Present   Custody   Not Custody

DEFENSE COUNSEL:
FEDERAL DEFENDER:   CJA:   RETAINED:


A.U.S.A.: UNA DEAN

COURT REPORTER: JUDI JOHNSON
INTERPRETER:   LANGUAGE:

- ☐ Change of Plea Hearing (~*Util-Plea Entered*)   ☐ Revocation of Probation contested
- ☐ Arraignment                                     ☐ Sentencing on a violation
- ☐ Bail Hearing                                    ☐ Motion Hearing
- ☐ Violation                                       ☐ Hearing
- X Status Conference                               ☐ Sentencing
- ☐ Bail Modification Hearing                       ☐ Motion for sentence reduction
- ☐ Voir Dire Begun                                 ☐ Oral Argument
- ☐ Voir Dire Held        Jury selection ☐          ☐ Jury trial
- ☐ Jury Trial Death Penalty ☐   Sentence enhancement Phase   ☐ Bench Trial Begun

Speedy Trial Start: 6/14/13   Speedy Trial Stop: 6/21/13   CODE TYPE: XT

Do these minutes contain ruling(s) on motion(s)?   YES                    NO   X

STATUS CONFERENCE HELD; A STATUS CONFERENCE OR PLEA IS SCHEDULED FOR FRIDAY, JUNE 21, 2013 AT 2:30 PM. TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND JUNE 21, 2013 FOR PLEA NEGOTIATIONS ON CONSENT OF THE PARTIES. IF NECESSARY, A MOTION SCHEDULE AND TRIAL DATE WILL BE SET ON THE NEXT COURT DATE.