**DOCKET NUMBER:** CR 10-0789 (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received By Docket Clerk:**_____     **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u> **DATE:** JULY 7, 2015 **TIME IN COURT** __ **HRS** 30 **MINS**
@ 10:00 AM.

**1. DEFENDANT:** JARVIS WEBB

Present X  Not Present      Custody X   Not Custody

**DEFENSE COUNSEL:** STEVE ZISSOU
FEDERAL DEFENDER:   CJA:   X   RETAINED:

**2. DEFENDANT:**
Present   Not Present      Custody    Not Custody

**DEFENSE COUNSEL:**
FEDERAL DEFENDER:     CJA:   RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody      Not Custody**

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:   CJA:   RETAINED:**

**A.U.S.A.:** UNA DEAN

**COURT REPORTER:** NICOLE  CANALES
**INTERPRETER:    LANGUAGE:**

| | | |
|---|---|---|
| ☐   Change of Plea Hearing (*~Util-Plea Entered*) | ☐ Revocation of Probation contested | |
| ☐   Arraignment | ☐ Sentencing on a violation | |
| ☐    Bail Appeal | ☐  Motion Hearing | |
| ☐   Violation | ☐  Hearing | |
| X    Status Conference | ☐   Sentencing | |
| ☐    Bail Violation Hearing | ☐  Motion for sentence reduction | |
| ☐   Voir Dire Begun | ☐ Oral Argument | |
| ☐   Voir Dire Held       Jury selection | ☐ Jury trial | |
| ☐   Jury Trial Death Penalty  ☐       Sentence enhancement Phase | ☐       Bench Trial Begun | |

**Speedy Trial Start:  Speedy Trial Stop:    CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?     YES                 NO  X**

STATUS CONFERENCE HELD WITH RESPECT TO THE SENTENCING ISSUE OF PROFFERED PROTECTED STATEMENTS. SENTENCING IS SCHEDULED FOR FRIDAY, JULY 31, 2015 AT 12:00 PM.