DOCKET NUMBER: CR 10-0789 (NGG)

CRIMINAL CAUSE FOR SENTENCING

Date Received By Docket Clerk:_____  Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u>  DATE: AUGUST 4, 2015  TIME IN COURT __ HRS  60  MINS
@ 11:00 AM.

**1. DEFENDANT:** JARVIS WEBB
Present X  Not Present     Custody X  Not Custody

**DEFENSE COUNSEL:** STEVE ZISSOU
  FEDERAL DEFENDER:   CJA: X    RETAINED:

**2. DEFENDANT:**
Present   Not Present     Custody     Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:     CJA:    RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody     Not Custody

**DEFENSE COUNSEL:**
FEDERAL DEFENDER:  CJA:   RETAINED:


**A.U.S.A.:** UNA DEAN

**COURT REPORTER:** LISA SCHMID
**INTERPRETER:**     **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment                                    ☐ Sentencing on a violation
- ☐ Bail Appeal                                    ☐ Motion Hearing
- ☐ Violation                                      ☐ Hearing
- ☐ Status Conference                              X  Sentencing
- ☐ Bail Violation Hearing                         ☐ Motion for sentence reduction
- ☐ Voir Dire Begun                                ☐ Oral Argument
- ☐ Voir Dire Held         Jury selection          ☐ Jury trial
- ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase    ☐ Bench Trial Begun

**Speedy Trial Start:**   **Speedy Trial Stop:**   **CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?**   YES       NO X

SENTENCING HELD; THE JUDGMENT WILL BE PREPARED AND FILED SHORTLY.